UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23879-CIV-KING/SIMONTON

MSP RECOVERY CLAIMS,
SERIES LLC,

    Plaintiff,

v.

WESTFIELD INSURANCE COMPANY,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal of Defendant Westfield Insurance Company Without Prejudice (D.E. #45) filed March 2, 2018, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED without prejudice.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of March, 2018.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Andrea M. Simonton
All Counsel of Record